UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-3314-SIMONTON

UNITED STATES OF AMERICA

v.

JULIO ANTONIO TREJO JR.

    **Defendant.**
_____/

## CRIMINAL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? \_\_\_\_ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? \_\_\_\_ Yes __X__ No

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

BY: _____
    Ignacio J. Vázquez, Jr.
    Assistant United States Attorney
    Florida Bar No. 16275
    99 N.E. 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9318
    Fax: (305) 579-7976
    ignacio.vazquez@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JULIO ANTONIO TREJO JR. | ) Case No. 14-3314-SIMONTON |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 27 through 31, 2014  in the county of  Miami-Dade  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 1.) Title 18, United States Code, Section 1512(b) | 1.) Tampering with a federal witness |

This criminal complaint is based on these facts:
See attached affidavit of DEA Special Agent Micheal Buemi

☑ Continued on the attached sheet.

_____
Complainant's signature

Micheal Buemi, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/31/2014

_____
Judge's signature

City and state: Miami, Florida

Andrea M. Simonton, U. S. Magistrate Judge
Printed name and title

## AFFIDAVIT

Your affiant, Michael A. Buemi, being duly sworn, deposes and states:

1. I am a Special Agent of the United States Department of Justice, Drug Enforcement Administration, hereinafter referred to as "DEA," within the meaning of Section 878 (a) of Title 21, United States Code, and thus am an agent empowered by law to conduct investigations, make arrests, and seize property for violations of Titles 18 and 21 of the United States Code.

2. I have been a Special Agent (SA) with the DEA since September 2012. I am currently assigned to the DEA West Palm Beach District Office. I am currently assigned to investigations that deal with all aspects of importation, manufacturing, and distribution of illegal drugs, to include 3, 4-Methylenedioxy-N-Methylcathinone, a/k/a "4-MEC," Methylone, MDMC, powdered MDMC a/k/a "MOLLY," cocaine, and marijuana. While employed with the DEA, I have conducted investigations of, and have been instructed in investigative techniques, concerning the unlawful distribution of illegal narcotics, possession with intent to distribute controlled substances, importation of illegal narcotics, use of communication facilities to conduct illegal narcotics transactions, maintaining places for purposes of manufacturing, distributing, or using controlled substances, and conspiracies to commit these offenses.

3. This affidavit is made for the purpose of supplying probable cause for the issuance of a criminal complaint against Julio Antonio TREJO JR. for violation of Title 18, United States Code, Section 1512.

4. This affidavit is based upon my personal knowledge and on information provided to me by other law enforcement personnel. I have not set forth each and every

fact about this investigation. Rather, this affidavit sets forth only those facts which I believe are necessary to establish the requisite foundation for issuance of a criminal complaint against the defendants. As a result, this affidavit does not contain all the information known to me regarding this investigation.

5. Between May 21, 2014 and October 30, 2014, Agents from DEA West Palm Beach, Homeland Security Investigations (HSI) and Miami-Dade Police Department (MDPD) were conducting an investigation concerning the distribution of controlled substances by Oscar DIAZ (DIAZ) and his associates. Federal agents obtained a federal arrest warrant for DIAZ on September 26, 2014 following the return of an Indictment associated with case number 14-CR-20721-King. The matter is currently set for trial January 12, 2015.

6. On October 27, 2014, Agents from the DEA received information that Instagram Account "MIAMIHEAT_BULLIES" was posting messages that displayed personal information of a DEA Cooperating Defendant (CD), statements of intimidation to the CD and statements to have others harm the CD. Specifically, Instagram Account "MIAMIHEAT_BULLIES" posted a picture of a DEA CD, which was directed to the CD's Instagram Account, and to over 37,000 followers of the "MIAMIHEAT_BULLIES" account. The following statements were attached to the CD's photo: "Snitch Alert" which was directed towards the CD's Instagram profile, along with the phrases such as "wear wires" for the "Feds;" "If you see this guy you already know what time it is;" "People think they can snitch on people and their won't be any consequences;" and then provided an address associated with the CD.

7. The Instagram account "MIAMIHEAT_BULLIES" is linked to telephone

number (305) 308-4626 through the publicly available information profile information, as well as through website named purednakennels.com which contains TREJO JR.'s first name and telephone number. Agents investigated the telephone number and website and determined an association to Julio Antonio TREJO JR. On this same date, Agents received more information that an Instagram Account named "snitch_killa305" began making threats to the CD. Some statements include "watch your back fuck nigga;" "you better hope you are wearing a wire when I catch you;" "tell the feds your cover is blown;" and again stated an address associated with the CD.

8. On October 29, 2014, DEA agents conducted an interview with the registered owner of a 2006 Hummer H3 bearing Florida License plate 974 HLG registered to a Maritza GOMEZ (GOMEZ), later identified as the mother of Julio Antonio TREJO JR (TREJO JR.). This same Hummer H3 was used in the transportation of controlled substances on July 9th 2014 associated with the preceding DIAZ investigation. GOMEZ stated that her son TREJO JR. recently wrecked the vehicle and is also known to drive the vehicle. This same day, DEA Agents located TREJO JR. and conducted a consensual interview with TREJO JR. Your affiant and Special Agent Adam Ballew identified themselves as Special Agents with the DEA, presented credentials to TREJO JR., and stated that their names were "Adam" and "Mike."

9. During the interview, TREJO JR. confirmed that his old telephone was (305) 308-4626. The telephone number (305) 308-4626 matched the same telephone number found on the Instagram Account "MIAMIHEAT_BULLIES" advertising the contact number for the dog sale business associated with the website purednakennels.com. TREJO JR. stated that he knew Oscar DIAZ and has known him

since they were the age of nine. TREJO JR. stated he was aware of DIAZ's recent federal and state arrests. TREJO JR. stated that he has loaned his vehicle keys (previously mentioned 2006 Hummer H3) and house keys to DIAZ when he (TREJO JR.) was away on vacation to the Dominican Republic. TREJO JR. stated that he helped assist DIAZ's father move DIAZ's belongings from the apartment DIAZ was staying following DIAZ's state arrest.

10. During the interview, Agent Ballew informed TREJO JR. that he should not involve himself any further in the DIAZ investigation and that TREJO JR. has to cease any involvement with the investigation. Agent Ballew asked TREJO JR. whether he (TREJO JR.) knew what he was talking about, TREJO JR. was observed nodding his head affirmatively and stated "Yeah." Agent Ballew also informed (TREJO JR.) that he would be the first person law enforcement would speak to if any witness in the DIAZ investigation was harmed or threatened. Agent Ballew asked (TREJO JR.) if he understood. Your affiant observed TREJO JR. nod his head affirmatively.

11. On October 30, 2014, DEA agents received information that "MIAMIHEAT_BULLIES" had again made an Instagram post that had the DEA CD's photo attached with the following statements: "I posted 2 days ago and decided to delete it but now that the DEA showed up to my house and job looking for me wanting to ask questions and saying if this little snitch gets hurt I'm the first one they are coming for;" "so since the feds like to watch through Instagram S/O to agent Adam and Agent Mila, I don't do anything illegal so fuck you and your investigation;" "Like I said before this snitch right here like to wear wires and snitch on people;" In addition, the "MIAMIHEAT_BULLIES" Instagram account again posted an address associated with

the DEA CD, the description of the CD's vehicle, and the license plate of the CD's vehicle.

12. On October 31, 2014, DEA agents took TREJO JR. into custody. Following his arrest TREJO JR. waived his *Miranda* rights and agreed to speak with law enforcement. TREJO JR. proceeded to admit to posting the CD's personal information, including an address associated with the CD, the model of the CD's vehicle, and the CD's vehicle license plate number. Furthermore, TREJO JR. acknowledged authoring the following Instagram post directed at the CD: "If you see this guy you already know what time it is" and "People think they can snitch on people and their won't be any consequences." During his interview, TREJO JR. agreed to make a controlled phone call to an associate. During the controlled call, TREJO JR. and the associate discussed prior efforts to physically assault the CD. *

13. Based on the facts above, your affiant submits there is probable cause to believe that Julio Antonio TREJO JR. did knowingly tamper with a federal witness in violation of Title 18, United States Code, Section 1512(b).

FURTHER AFFIANT SAYETH NAUGHT.

_____
MICHAEL A. BUEMI, SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn to me
before this 31st day of October 2014.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

* TREJO JR. stated during post arrest interview that conducted the posts about the CD at home or work depending where he was at in Miami, FL. (MB)